# THE LAW OFFICES OF JOSEPH Z. AMSEL, PLLC

ATTORNEY AT LAW

43 WEST 43RD STREET, SUITE 265, NEW YORK, NY 10036
TELEPHONE: 888-558-7425 FAX: 212-437-9844
EMAIL: JZAMSEL@AMSELLAW.COM WEB: WWW. AMSELLAW.COM


November 6, 2026

The Honorable Evelyn Padin
United States District Judge
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102
Courtroom 4C

**Request for Adjournment of Sentencing, *United States v. Juan Carlos Martinez*, 23-cr-00553 (EP)**

Dear Judge Padin:

I write to respectfully request a four-week adjournment of the sentencing currently scheduled for November 23, 2026, at 2:00 p.m. The Government consents to this request. I make this request for the following reason.

I am currently on trial in *People v. Erick Brown*, Indictment No. 70350-22, before the Honorable Mary L. Bejarano in Part K-9 of the Supreme Court of the State of New York, Queens County. That trial began approximately two weeks later than originally expected. In addition, because of scheduling issues with several witnesses, the trial is now expected to last longer than originally anticipated. As a result, the current sentencing date will likely conflict with the ongoing trial.

Accordingly, I respectfully request that the Court adjourn Mr. Martinez's sentencing for four weeks. I further request that the deadlines for the parties' sentencing submissions be adjusted accordingly. As noted above, the Government consents to this request.

Thank you for Your Honor's time and consideration of this request.

Respectfully submitted,

/s/ Joseph Z. Amsel, Esq.
Attorney for Defendant

*cc: All counsel (via ECF)*